IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTOINE MEDDLER,

    Plaintiff,

v.   CASE NO. 4:10cv532-SPM/WCS

EDWIN G. BUSS, st al.,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 5, 2011 (doc. 31). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 31) is ADOPTED and incorporated by reference in this order.

    2.    Defendants' motion for summary judgment (doc. 22) is granted.

    3.    The clerk shall enter judgment in Defendants' favor and close this

case.

DONE AND ORDERED this 2nd day of February, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge